**DISMISS and Opinion Filed May 25, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00234-CV

## VICTORIA PINAL-RESENDIZ, INDIVIDUALLY AND AS NEXT FRIEND OF D.F., A MINOR, Appellant
## V.
## EPIFANIA MARES-SALAZAR, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-10140

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant appeals from the trial court's order of dismissal. Because the trial court granted appellant's timely motion to reinstate, we questioned our jurisdiction over the appeal as it appeared to be moot. We directed appellant to file, no later than April 14, 2023, a letter brief showing cause why the appeal should not be dismissed and cautioned her that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded.

A case becomes moot if a controversy ceases to exist between the parties at any stage of the proceedings. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d

732, 737 (Tex. 2005). This Court does not have jurisdiction over moot controversies. *See Isola v. Polk*, No. 05-21-00547-CV, 2022 WL 1438946, at *1 (Tex. App.—Dallas May 6, 2022, no pet.) (mem. op.). An appeal becomes moot after the trial court grants a motion to reinstate. *See Mortell v. Pruett*, No. 02-19-00123-CV, 2019 WL 5608236, at *1 (Tex. App.—Fort Worth Oct. 31, 2019, no pet.) (mem. op.)

Because the trial court granted appellant's motion to reinstate, there is nothing for this Court to review and the appeal is now moot. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III//
230234f.p05        ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VICTORIA PINAL-RESENDIZ,
INDIVIDUALLY AND AS NEXT
FRIEND OF D.F., A MINOR,
Appellant

No. 05-23-00234-CV     V.

EPIFANIA MARES-SALAZAR,
Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-10140.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 25th day of May, 2023.